1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK E. CULLERS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                     IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 5:08-MJ-00028 JLT |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| VICTOR MONTOYA, | |
| Defendant. | |

The United States' motion to dismiss without prejudice the underlying UFAP complaint and recall the arrest warrant in the above referenced case, 08-MJ-00028 JLT against defendant VICTOR MONTOYA is GRANTED.

IT IS SO ORDERED.

Dated: **August 19, 2013**        /s/ Jennifer L. Thurston
                                  UNITED STATES MAGISTRATE JUDGE

1